DCP:WAB::caz

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.   1:10-CR-183 |
| | ) (Judge Rambo) |
| v. | ) |
| | ) |
| DAVID RICHARD DODD, II | ) |

### P R A E C I P E

TO:  MARY E. D'ANDREA, Clerk of Court

MADAM:

Please issue a summons against the above-named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure.

**FILED**
HARRISBURG, PA

JUN 1 5 2010

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Respectfully submitted,

DENNIS C. PFANNENSCHMIDT
UNITED STATES ATTORNEY

/s/ WILLIAM A. BEHE

_____
WILLIAM A. BEHE
Assistant U.S. Attorney
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108
717/221-4482 (Office)
717/221-2246 (Fax)
WILLIAM.BEHE@USDOJ.GOV
Bar No. PA-32284