AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>DAVID RICHARD DODD, II<br>1110 Turnbridge Lane<br>Mechanicsburg, PA 17050<br><br>*Defendant* | Case No.  1:10-CR-183 Judge Rambo |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: Federal Building & Courthouse<br>228 Walnut Street<br>Harrisburg, PA 17108 | Courtroom No.:  5; Eleventh Floor |
|---|---|
| | Date and Time:  07/06/2010 9:00 am |

This offense is briefly described as follows:
Theft of Government Property
Money Laundering
False Statement in Loan Application
Bank Fraud
Forfeiture

Date:  06/17/2010

*Issuing officer's signature*

Rashelle Coleman, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons       ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*