David R. Dodd II
69255-067
PO Box 2000
Lewisburg, PA 17837

April 15, 2015

Judge Sylvia Rambo
U.S. District Court
228 Walnut St.
PO Box 983
Harrisburg, PA 17108

FILED
HARRISBURG, PA

APR 20 2015

RE:   CASE NO. 10-CR-183 & 11-CR-003

Dear Judge Rambo:

I received your order April 10, 2015. In your order you mentioned an Administrative Order dated February 26, 2015. I wanted to advise you that I never received a copy of that order. I also checked with the mail room here and they have no record of it.

I was able to have someone retrieve it from PACER. The 2255 I submitted includes all the issues that are ripe for adjudication at this time.

I just wanted you to know for the record that I did not receive your Administrative Order.

Sincerely Yours,

David R. Dodd II

Inmate Name: DAVID DODD
Register Number: 69255-067
Federal Prison Camp
P.O. Box 2000
Lewisburg, PA 17837



HARRISBURG PA 171
16 APR 2015 PM 4 L

RECEIVED
HARRISBURG, PA
APR 20 2015

THE HONORABLE SYLVIA RAMBO
U.S. DISTRICT COURT
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108